# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

CARLOS RAYMOND ARELLANO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation OF Supervised Release**

Case Number:  05-cr-00020-LTB-01

USM Number:  07660-180

Virginia Grady, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 5, 6, and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Office | 12/09/04 |
| 2 | Possession and/or use of a Controlled Substance | 11/11/04 |
| 3 | Possession and/or use of a Controlled Substance | 11/28/04 |

The defendant is sentenced as provided on page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 30, 2007
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, U.S. District Judge
Name & Title of Judge

September 4, 2007
Date

DEFENDANT:  CARLOS RAYMOND ARELLANO
CASE NUMBER:  05-cr-00020-LTB-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Follow Instructions of the Probation Officer | 03/30/05 |
| 5 | Failure to Work Regularly | 12/08/05 |
| 6 | Failure to Comply with the Rules of Community Corrections | 11/19/05 |
| 7 | Failure to Reside in Community Corrections | 12/08/05 |

DEFENDANT:  CARLOS RAYMOND ARELLANO
CASE NUMBER:  05-cr-00020-LTB-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
             Deputy United States Marshal